UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:03-cr-00040-TWP-TAB |
| | ) | |
| PHILLIP A. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Phillip A Smith=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant=s supervised release shall be revoked.
2. The Defendant shall be committed to the Bureau of Prisons for a period of 8 months. The Court recommends that the Defendant be placed at Terre Haute, IN.
3. The Defendant shall have no supervision following his incarceration.


SO ORDERED this day: 12/06/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley P. Shepard
Assistant United States Attorney

Michael J. Donahoe
Indiana Community Federal Defender

U. S. Parole and Probation

U. S. Marshal